IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| MORRISON ENTERPRISES, LLC | ) |
| and | ) |
| THE CITY OF HASTINGS, NEBRASKA, | ) |
| Plaintiffs, | ) Case No. 4:08-cv-3142 |
| v. | ) |
| DRAVO CORPORATION, | ) |
| Defendant. | ) |

## ORDER

Upon motion of Dravo Corporation ("Dravo") for leave to file an Amended Answer and Counterclaims, and for good cause shown,

Dravo's motion for leave, filing no. 38, is GRANTED, and Dravo shall file and serve an Amended Answer and Counterclaims consistent with the proposed amended pleading attached as Exhibit A to Dravo's motion.

It is SO ORDERED on this 18th day of February, 2009.

BY THE COURT

s/ David L. Piester

David L. Piester
United States Magistrate Judge