IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| MORRISON ENTERPRISES, LLC | ) | |
| and | ) | |
| THE CITY OF HASTINGS, NEBRASKA, | ) | |
| Plaintiffs, | ) | Case No. 4:08-cv-3142 |
| vs. | ) | |
| DRAVO CORPORATION, | ) | |
| Defendant. | ) | |

## ORDER

Upon motion of Morrison Enterprises, LLC ("Morrison") for leave to file an amended answer to the counterclaims of Defendant Dravo Corporation, and for good cause shown,

Morrison's motion for leave, filing no. 41, is GRANTED, and Morrison shall file and serve an amended answer to the counterclaims consistent with the proposed amended pleading attached as Exhibit A to Morrison's motion.

It is SO ORDERED on this 18th day of February, 2009.

BY THE COURT

s/ David L. Piester
David L. Piester
United States Magistrate Judge