```
            IN THE UNITED STATES DISTRICT COURT
              FOR THE DISTRICT OF NEBRASKA
```

| | | |
|---|---|---|
| MORRISON ENTERPRISES, LLC, and CITY OF HASTINGS, Nebraska, | ) ) ) ) | |
| Plaintiffs, | ) ) | 4:08CV3142 |
| V. | ) ) | |
| DRAVO CORPORATION, | ) ) | ORDER |
| Defendant. | ) ) | |

Upon the unopposed oral motion of defendant and counterclaimant, Dravo Corporation,

IT IS ORDERED: A telephonic conference will be held before the undersigned magistrate judge regarding the stay requested by plaintiff City of Hastings and Defendant Dravo, (see filing no. 60, ¶ 7), on April 6, 2009 at 2:00 p.m. C.D.T. Counsel for Dravo Corporation shall place the call.

DATED this 3rd day of April, 2009.

BY THE COURT:

s/ *David L. Piester*
David L. Piester
United States Magistrate Judge