IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| MORRISON ENTERPRISES, LLC, and CITY OF HASTINGS, Nebraska, | ) ) ) ) | |
| Plaintiffs, | ) ) | 4:08CV3142 |
| v. | ) ) ) | |
| DRAVO CORPORATION, | ) ) | MEMORANDUM AND ORDER |
| Defendant. | ) ) | |

Morrison Enterprises has filed a motion seeking an extension of time to disclose expert witnesses, filing no. 80. Dravo Corporation has filed a brief opposing Morrison's motion. I have considered the motion and the brief in opposition, including the request therein for alternative relief, and I conclude that the extension should be granted and the alternative relief sought by DRAVO denied.

IT IS SO ORDERED.

DATED this 15th day of May, 2009.

BY THE COURT:

s/ *David L. Piester*
David L. Piester
United States Magistrate Judge