IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| MORRISON ENTERPRISES, LLC, and CITY OF HASTINGS, Nebraska, | ) ) ) ) | |
| Plaintiffs, | ) ) | 4:08CV3142 |
| v. | ) ) | |
| DRAVO CORPORATION, | ) ) | MEMORANDUM AND ORDER |
| Defendant. | ) ) | |

IT IS ORDERED:

1. On or before June 15, 2009, defendant Dravo shall file its response to the plaintiffs' "Motion to Amend Order Setting Final Schedule for Progression of Case," (filing no. 97). No reply brief shall be filed absent leave of the court for good cause shown.

2. The June 12, 2009 expert witness disclosure deadline is extended to June 17, 2009. All other scheduling deadlines for this case (see filing no. 75) remain in effect pending a ruling on plaintiffs' motion to amend (filing no. 97).

DATED this 11th day of June, 2009.

BY THE COURT:

s/ *David L. Piester*
David L. Piester
United States Magistrate Judge