```
              IN THE UNITED STATES DISTRICT COURT
                  FOR THE DISTRICT OF NEBRASKA
```

| | | |
|---|---|---|
| MORRISON ENTERPRISES, LLC, and CITY OF HASTINGS, Nebraska, | ) ) ) ) | |
| Plaintiffs, | ) ) | 4:08CV3142 |
| v. | ) ) ) | |
| DRAVO CORPORATION, | ) ) | ORDER |
| Defendant. | ) ) | |

IT IS ORDERED:

1. The court's prior order, filing no. 101, is withdrawn.

2. The telephonic conference call on the plaintiffs' Motion to Amend Order Setting Final Schedule for Progression of Case, (filing no. 97), remains scheduled to be held before District Judge Richard G. Kopf beginning at 9:30 a.m. C.D.T. on June 12, 2009.

DATED this 11th day of June, 2009.

BY THE COURT:

s/ *David L. Piester*
David L. Piester
United States Magistrate Judge