IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| MORRISON ENTERPRISES, LLC, and CITY OF HASTINGS, Nebraska, | ) ) ) | |
| Plaintiffs, | ) ) | 4:08CV3142 |
| v. | ) ) ) | |
| DRAVO CORPORATION, | ) ) | **MEMORANDUM AND ORDER** |
| Defendant. | ) ) ) | |

In Judge Piester's absence, and with Judge Urbom's agreement, a telephonic hearing was held before me today on plaintiffs' Motion to Amend Order Setting Final Schedule for Progression of Case. (Filing No. 97). Upon review of the file and having heard the parties' arguments,

IT IS ORDERED:

1) The plaintiffs' Motion to Amend Order Setting Final Schedule for Progression of Case, (filing no. 97), is denied.

2) The parties are encouraged to further discuss whether the progression schedule should be modified to permit brief extensions of the current deadlines, and if an agreement can be reached, shall submit their agreement by filing a joint motion to amend the progression schedule.

DATED this 12th day of June, 2009.

BY THE COURT:

*s/Richard G. Kopf*
United States District Judge