IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| MORRISON ENTERPRISES, LLC, and<br>CITY OF HASTINGS, Nebraska, | )<br>)<br>) | |
| Plaintiffs, | ) | 4:08CV3142 |
| | ) | |
| V. | ) | |
| | ) | |
| DRAVO CORPORATION, | ) | ORDER |
| | ) | |
| Defendant. | ) | |

Based upon the letters received from counsel,

IT IS ORDERED that no mediation reference order will be entered.

DATED this 30th day of June, 2009.

BY THE COURT:

s/ *Richard G. Kopf*
United States District Judge,
in the absence of Magistrate Judge Piester,
and with the agreement of Judge Urbom