IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| MORRISON ENTERPRISES, LLC, and CITY OF HASTINGS, Nebraska, | ) ) ) | |
| Plaintiffs, | ) ) | 4:08CV3142 |
| V. | ) ) | |
| DRAVO CORPORATION, | ) ) | ORDER |
| Defendant. | ) ) | |

    IT IS ORDERED that the motion to withdraw filed by Stephen C. Smith, as one of the attorneys of record for defendant Dravo Corporation, (filing no. 146), is granted.

    DATED this 13th day of July, 2009.

                                                  BY THE COURT:

                                                  *S/Richard G. Kopf*
                                                  United States District Judge, in the absence of
                                                  Magistrate Judge David L. Piester