IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| MORRISON ENTERPRISES, LLC<br>and CITY OF HASTINGS, NEBRASKA,<br><br>        Plaintiffs,<br>vs.<br><br>DRAVO CORPORATION,<br><br>        Defendant. | Case No. 4:08-CV-3142<br><br>**ORDER GRANTING MOTION FOR EXTENSION OF TIME** |

Upon the motion of Plaintiff City of Hastings, Nebraska (the "City") (doc. # 145), for an extension of time within which to file a brief opposing defendant Dravo Corporation's motion for partial summary judgment (doc. # 110), with consent of counsel for Dravo, and for good cause shown,

IT IS HEREBY ORDERED that the City's motion (doc. # 145) is granted and the City shall have until and including July 15, 2009, within which to file its brief opposing the motion of defendant Dravo Corporation for partial summary judgment on the City's claims relating to its water supply system.

SO ORDERED this 14th day of July, 2009.

BY THE COURT:

s/ Warren K. Urbom

United States Senior District Judge