## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| MORRISON ENTERPRISES, LLC<br>and CITY OF HASTINGS, NEBRASKA,<br><br>    Plaintiffs,<br>vs.<br><br>DRAVO CORPORATION,<br><br>    Defendant. | Case No. 4:08-CV-3142<br><br>**ORDER GRANTING MOTION FOR<br>EXTENSION OF TIME** |

  Upon the motion of Defendant Dravo Corporation ("Dravo") (Doc. # 148), for an extension of time within which to file a reply brief in support of its motion for partial summary judgment (doc. # 110), with consent of counsel for the City of Hastings, Nebraska, and for good cause shown,

  IT IS HEREBY ORDERED that Dravo's motion (Doc. # 148) is granted and Dravo shall have until and including July 29, 2009, within which to file its reply brief in support of its motion for partial summary judgment on the City's claims relating to its water supply system.

  SO ORDERED this 14th day of July, 2009.

                    BY THE COURT:

                    s/ Warren K. Urbom

                    United States Senior District Judge