IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| MORRISON ENTERPRISES, LLC, and CITY OF HASTINGS, Nebraska, | ) ) ) | 4:08CV3142 |
| Plaintiffs, | ) ) ) | ORDER GRANTING DEFENDANT DRAVO'S MOTION FOR LEAVE OF COURT TO FILE SUBSTITUTED BRIEF |
| v. | ) ) ) | IN SUPPORT OF ITS MOTION FOR PARTIAL SUMMARY JUDGMENT ON |
| DRAVO CORPORATION, | ) ) | THE CITY'S CLAIMS RELATED TO ITS WATER SUPPLY SYSTEM |
| Defendant. | ) ) | |

IT IS ORDERED that:

1. the Defendant Dravo's Motion for Leave of Court to File Substituted Brief in Support of its Motion for Partial Summary Judgment on the City's Claims Related to its Water Supply System, filing 212, is granted; and

2. the City of Hastings shall file and serve its response on or before August 14, 2009.

Dated August 3, 2009.

BY THE COURT

s/ Warren K. Urbom
United States Senior District Judge