IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| MORRISON ENTERPRISES, LLC, and CITY OF HASTINGS, Nebraska, | ) ) ) | |
| Plaintiffs, | ) ) | 4:08CV3142 |
| V. | ) ) | |
| | ) | MEMORANDUM AND ORDER |
| DRAVO CORPORATION, | ) ) | |
| Defendant. | ) | |

There are currently six motions for summary judgment pending in this case, with an eight-day trial set for November 16, 2009. To the extent that any of the recently filed discovery motions may impact the evidence offered on the parties' dispositive motions, the parties' ability to resolve this case without further court intervention, or the continued progression of this case to trial, the discovery motions should be promptly resolved. Accordingly,

IT IS ORDERED:

1) Defendant Dravo shall file its response to Morrison's Motion to Shorten Time to Respond to Discovery or in the Alternative to Extend the Written Discovery Deadline, (filing no. 216), and Morrison's Motion for Extension of Time to File Supplemental Expert Witness Report, (filing no. 233), on or before August 13, 2009.

2) No reply brief shall be filed absent leave of the court for good cause shown.

August 7, 2009                           BY THE COURT:

*Richard G. Kopf*
United States District Judge