IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| MORRISON ENTERPRISES, LLC, and CITY OF HASTINGS, Nebraska,<br><br>     Plaintiffs,<br><br>    v.<br><br>DRAVO CORPORATION,<br><br>     Defendant. | 4:08CV3142<br><br>MEMORANDUM AND ORDER |

IT IS ORDERED:

1) Pursuant to the joint stipulation of the parties, (filing no. 263), Morrison's Motion to Shorten Time to Respond to Discovery or in the Alternative to Extend the Written Discovery Deadline, (filing no. 216), and the defendant's Motion for Protective Order, (filing no. 245), are denied as moot.

2) Morrison's Motion for Leave for Extension of Time to File Supplemental Expert Witness Report, (filing no. 233), is granted and the supplemental expert report served by Morrison on August 6, 2009, (see filing no. 236), is deemed timely filed.

DATED this 18th day of August, 2009.

              BY THE COURT:

              *Richard G. Kopf*
              United States District Judge