IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| MORRISON ENTERPRISES, LLC, and CITY OF HASTINGS, Nebraska, | ) ) ) | 4:08CV3142 |
| Plaintiffs, | ) ) | |
| V. | ) ) | ORDER |
| DRAVO CORPORATION, | ) ) | |
| Defendant. | ) | |

IT IS ORDERED that the parties' joint motion to extend the deadline for filing proposed findings of fact and conclusions of law, (filing no. 334), is granted. Proposed findings of fact and conclusions of law shall be filed after the trial is complete, the specific deadline for such filing to be determined by the Court and the parties at the close of trial.

DATED this 8th day of October, 2009.

BY THE COURT:

*Richard G. Kopf*
United States District Judge