IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| MORRISON ENTERPRISES, LLC, and CITY OF HASTINGS, Nebraska, | ) ) ) | 4:08CV3142 |
| Plaintiffs, | ) ) | MEMORANDUM AND ORDER ON "DEFENDANT DRAVO |
| v. | ) ) ) | CORPORATION'S REQUEST FOR THE COURT TO TAKE JUDICIAL NOTICE OF THE UNITED STATES' AMICUS CURIAE |
| DRAVO CORPORATION, | ) ) | MEMORANDUM FILED IN <u>ITT INDUSTRIES, INC. V. BORGWARNER,</u> |
| Defendant. | ) ) ) | <u>INC</u>. IN SUPPORT OF ITS MOTION FOR SUMMARY JUDGMENT RELATED TO PLAINTIFF'S WELL D CLAIMS" |

  On September 15, 2009, Dravo Corporation (Dravo) filed a "Request for the Court to Take Judicial Notice of the United States' Amicus Curiae Memorandum Filed in <u>ITT Industries, Inc. v. Borgwarner, Inc.</u> in Support of its Motion for Summary Judgment Related to Plaintiffs' Well D Claims." (Filing 304.)  In response, Morrison Enterprises, LLC (Morrison) states that it does not dispute the legal position put forward in the United States' amicus brief; it argues, however, that Dravo's request should be denied because the facts of <u>ITT Industries</u> are distinguishable from those of the instant case.  (<u>See</u> filing 327 at 2.)

  I shall consider the amicus brief cited by Dravo as I analyze its motion for summary judgment on the plaintiff's claims related to the Well D System.  (<u>See</u> filing 154.)  To that extent,

  **IT IS ORDERED** that Dravo's request for the court to take judicial notice of the United States' amicus curiae memorandum in <u>ITT Industries, Inc. v. Borgwarner, Inc.</u>, filing 304, is granted.

  Dated November 9, 2009.

           BY THE COURT

          s/ Warren K. Urbom
          United States Senior District Judge