IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| MORRISON ENTERPRISES, LLC, and<br>CITY OF HASTINGS, Nebraska,<br><br>         Plaintiffs,<br><br>    v.<br><br>DRAVO CORPORATION,<br><br>         Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | 4:08CV3142 |

MEMORANDUM AND ORDER ON MORRISON ENTERPRISES LLC'S MOTION FOR LEAVE TO SUPPLEMENT THE INDEX OF EVIDENCE IN SUPPORT OF ITS MOTION FOR PARTIAL SUMMARY JUDGMENT ON LIABILITY AND ITS MOTION FOR SUMMARY JUDGMENT ON COUNTS I THROUGH IV OF DRAVO CORPORATION'S COUNTERCLAIMS AND BRIEFS IN SUPPORT

On September 29, 2009, Plaintiff Morrison Enterprises LLC (Morrison) filed a "Motion for Leave of Court to Supplement the Index of Evidence in Support of Its Motion for Partial Summary Judgment on Liability and Its Motion for Summary Judgment on Counts I Through IV of Dravo Corporation's Counterclaims and Briefs in Support." (Filing 317.) In this motion, Morrison states that it "failed to file an affidavit authenticating the documents filed with the Index in Support of its Motions for Summary Judgment and respective briefs in support," and it asks "for leave to supplement the Index of Evidence by adding Exhibit A, an affidavit . . . identifying and authenticating the documents filed with the Index of Evidence as required by Local Rule 7.01(A)(2)." (Id. at 1-2.) Morrison's motion will be granted.

1

**IT IS ORDERED** that Morrison's motion for leave to supplement its index of evidence, filing 317, is granted.

Dated November 24, 2009.

BY THE COURT

s/ Warren K. Urbom
United States Senior District Judge