IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| MORRISON ENTERPRISES, LLC, and <br> CITY OF HASTINGS, Nebraska, <br> <br> Plaintiffs, <br> <br> v. <br> <br> DRAVO CORPORATION, <br> <br> Defendant. | 4:08CV3142 <br> <br> <br> JUDGMENT |

In accordance with the Joint Motion of the Parties to Enter Judgment, filing 416, and the Memorandum and Order on Defendant's Motion for an Award of Costs and Other Pending Motions filed on this date,

**IT IS ORDERED** that judgment is entered (1) in favor of Dravo Corporation (Dravo) and against Morrison Enterprises, LLC (Morrison) on Counts I-III of the amended complaint, in accordance with filing 389 (as amended by filing 412) and filing 391 (as amended by filing 410); (2) in favor of Dravo and against the City of Hastings, Nebraska (Hastings) on Counts I, II, IV, V, VI, and VII of the amended complaint, in accordance with filing 388, filing 389 (as amended by filing 412) and filing 391 (as amended by filing 410); and (3) in favor of Hastings and against Dravo on Counterclaim IV, in accordance with filing 390; furthermore, Count III (insofar as it was brought by Hastings) and Count VIII of the amended complaint have been voluntarily dismissed, without prejudice, by Hastings; Dravo's Counterclaim IV against Morrison has been voluntarily dismissed, without prejudice, by Dravo; and Dravo's Counterclaims I-III are moot.

Dated January 26, 2010.

BY THE COURT

s/ Warren K. Urbom
United States Senior District Judge